UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF NEW MEXICO

IN RE:

Nelson J. Wingerd, 6340,
and Janel F. Wingerd, 7792,

    Debtor(s).         Case No. 7 09-14367 JA

ORDER GRANTING BANK OF AMERICA, NATIONAL ASSOCIATION SUCCESSOR BY MERGER TO LASALLE BANK NA AS TRUSTEE FOR WASHINGTON MUTUAL MORTGAGE PASS-THROUGH CERTIFICATES WMALT SERIES 2006-4 TRUST MOTION TO ABANDON PROPERTY LOCATED AT 633 LOUISIANA BLVD SE, ALBUQUERQUE

    THIS MATTER having come before the Court on the Motion to Abandon Property located at 633 Louisiana Blvd SE, Albuquerque filed by the Creditor Bank of America, National Association successor by merger to LaSalle Bank NA as trustee for Washington Mutual Mortgage Pass-Through Certificates WMALT Series 2006-4 Trust on August 20, 2010; a Notice of Objection Deadline for Motion to Abandon Property and Motion to Abandon were transmitted to the Debtor(s), attorney for the Debtor(s), and Trustee on August 20, 2010, the objection deadline was September 7, 2010 and the time to file an objection to the Motion has passed, and no objection has been received from the Debtor(s), attorney for the Debtor(s) or Trustee. In compliance with the Soldiers' and Sailors' Civil Relief Act of 1940, as amended, the attorney for the Creditor certifies under penalty of perjury by her signature herein, that she has complied with the Servicemembers Civil Relief Act, through receipt of a response from the Department of Defense Manpower Data Center, which states that Nelson J. Wingerd and Janel F. Wingerd are not members of the military service of the United States nor her allies. The Court having considered the Motion and finding that Creditor is entitled to an Order terminating the automatic stay imposed by the filing of the bankruptcy action, and being otherwise advised in the premise;

    IT IS, THEREFORE, THE ORDER OF THIS COURT that the automatic stay

imposed by the filing of the above-entitled and numbered cause of action as the same pertains to the Debtor(s) and to certain property located in the County of Bernalillo, State of New Mexico, and more particularly described as:

> Lot lettered "G" in Block numbered Twenty-four (24) of Mesa Park Addition, Albuquerque, New Mexico, as the same is shown and designated on the plat thereof, filed in the Office of the County Clerk of Bernalillo County, New Mexico, on June 20, 1979, in Volume C15, folio 30 ("Property")

and having an address of 633 Louisiana Blvd SE, Albuquerque, New Mexico, is hereby deemed abandoned, and the Creditor, its successors, assigns and/or real party in interest, and any and all junior lienholders are permitted to proceed with foreclosure action in the Judicial District Courts of the State of New Mexico, including the transmittal of any default letter required by the loan documents.

IT IS FURTHER THE ORDER OF THIS COURT that this Order shall retain its effect and validity should this case be converted to another Chapter proceeding, and Creditor shall be able to foreclose its interests in the appropriate Court.

IT IS FURTHER THE ORDER OF THIS COURT that the fourteen (14) day stay requirement of F.R.B.P. 4001(a)(3) is waived.

_____
Robert H. Jacobvitz
U S BANKRUPTCY COURT JUDGE

Entered on Docket Date: 9/14/10

SUBMITTED BY:

SUSAN C. LITTLE & ASSOCIATES, P.A.
By: KAREN H. BRADLEY S/Electronically Submitted/ 9.14.10
Attorney for Creditor
4501 Indian School Road NE, Ste. 101
Albuquerque, New Mexico 87110
Post Office Box 3509
Albuquerque, New Mexico 87190-3509
(505) 254-7767   Fax: (505) 254-4706


FOR INFORMATION PURPOSES ONLY:\

Philip J. Montoya
Trustee
PO Box 159
Albuquerque, NM 87103

George D. Giddens, Jr.
Attorney for Debtor(s)
10400 Academy Road NE, Suite 350
Albuquerque, NM 87111

Nelson J. Wingerd and Janel F. Wingerd
Debtors
7701 Vista Del Arroyo NE
Albuquerque, NM 87109



Bankruptcy of Nelson J. Wingerd and Janel F. Wingerd; USBC No. 7 09-14367 JA; P/A:  633 Louisiana Blvd SE, Albuquerque, NM 87108